SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 22 PM 5:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:12CR 273 |
| vs. | ) INDICTMENT |
| GREGORY PATTON, | ) 18 U.S.C. § 2421 |
| | ) 18 U.S.C. § 2428 |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

From on or about June 12, 2012 to on or about June 15, 2012, in the District of Nebraska and elsewhere, GREGORY PATTON, Defendant herein, did knowingly transport, and cause to be transported, two individuals in interstate commerce with intent that such persons engage in prostitution and any sexual act for which a person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2421.

## FORFEITURE ALLEGATION

As a result of the foregoing offense, GREGORY PATTON, Defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit and to facilitate the commission of the violation alleged in Count I of this Indictment and any property, real or personal, that constitutes or is derived from proceeds traceable to the violation alleged in Count I of this Indictment, including but not limited to the following:

1. $2,472 in United States currency seized from the person of GREGORY PATTON on June 15, 2012;

2. Black IPhone, FCC ID BCG-E2422B;

3. Gateway laptop computer, Serial No. LXWSG02047104274741601.

In violation of Title 18, United States Code, Section 2428.

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

JOHN E. HIGGINS
Assistant United States Attorney