# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>               Plaintiff,          )<br>                                                              )<br>       vs.                              )<br>                                                              )<br>GREGORY PATTON,                 )<br>                                                              )<br>               Defendant.        ) | Case No. 8:12CR273<br><br><br>ORDER |

      This case is before the court on the defendant Gregory Patton's Motion to Review Detention (#28).  The defendant moves the court for an order releasing him from custody based upon the quashing of a Minnesota warrant and a proposed third-party custodian. The motion is denied without hearing.

      After reviewing the Pretrial Services Report (#7) and the August 31, 2012 Detention Order (#12), I find the defendant remains both a flight risk and a danger.  The defendant is a thirty-year old male whose record includes a prior felony drug conviction in Utah (2003); a felony drug conviction in Minnesota (2009); and four failures to appear.  Additionally, defendant's current charge is alleged to have occurred while the defendant was on felony probation (Minnesota-2009).

      I find the defendant to be both a flight risk and a danger and that no single condition of release nor a combination of conditions will mitigate my concerns.

      **IT IS ORDERED**, that defendant's Motion to Review Detention (#28) is denied without hearing.

      Dated this 26th day of December 2012.

                                                    BY THE COURT:

                                                    S/ F.A. Gossett, III<br>
                                                    United States Magistrate Judge