IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR273 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| GREGORY PATTON, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 37). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. Magistrate Judge Gossett's Findings and Recommendation (Filing No. 37) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 17) is granted in part and denied in part as stated orally on the record by Magistrate Judge Gossett on February 25, 2013, at Filing No. 43 pp. 123-34.

DATED this 15th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge