IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:12CR273 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GREGORY PATTON, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Gregory Patton's Motion for Modification of Conditions of Release and Request for Hearing Date (#49). The defendant, in this his second motion for release, requests release to his step-mother who resides in Omaha. The motion is denied.

Defendant's motion provides no new information that would change the court's conclusion as to detention as set out in the August 31, 2012 Detention Order (#12), and the December 26, 2012 Order (#29) wherein the defendant was found both a flight risk and a danger.

**IT IS ORDERED** that defendant's Motion for Modification of Conditions of Release and Request for Hearing Date (#49) is denied without hearing.

Dated this 3rd day of April 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge