IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY PATTON,<br><br>    Defendant. | CASE NO. 8:12CR273<br><br>FINAL ORDER<br>OF FORFEITURE |

   This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 88). The Court has reviewed the record in this case and finds as follows:

   1. On June 28, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 65) pursuant to the provisions of Title 18, United States Code, Sections 2421 and 2428, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following property was forfeited to the United States:

    a. $2,472 in United States currency;

    b. Black iPhone, FCC ID BCG-E2422B;

    c. Gateway laptop computer, Serial No. LXWSG02047104274741601.

   2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 29, 2013, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 9, 2013 (Filing No. 87).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 88) is hereby granted.

B. All right, title and interest in and to the following property held by any person or entity are hereby forever barred and foreclosed.

 a. $2,472 in United States currency;

 b. Black IPhone, FCC ID BCG-E2422B;

 c. Gateway laptop computer, Serial No. LXWSG02047104274741601.

C. The aforementioned property be, and the same hereby are, forfeited to the United States of America; and

D. The United States is directed to dispose of said property in accordance with law.

DATED this 11th day of September, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

2